# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                       Case No. 17-CR-175

TORRENCE HARRIS, SR.,

        Defendant.

## REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO SUPPRESS

Defendant Torrence Harris, Sr. argues that the surveillance footage and all fruits derived from that footage should be suppressed because the video surveillance constituted warrantless searches in violation of his Fourth Amendment rights. (ECF No. 462.) As the government notes in its response, in a prior order in this case Chief Judge Pepper denied the same motion filed by one of Harris's codefendants. (ECF Nos. 195, 239, 465 at 2.) Harris does not offer new facts or argue that the law has changed since Chief Judge Pepper denied his codefendant's motion. In fact, he does not even acknowledge the prior motion or decision, as he is required to do. (SCR 20:3.3(a)(2).)

As Chief Judge Pepper concluded when Harris's codefendant raised the same argument regarding the same evidence, it "takes *Carpenter's* reasoning too far" to equate

video recording of events in an apartment hallway and outside an apartment building with cell phone location information that follows a person inside all public and private places they go. (ECF No. 239 at 10.)

**IT IS THEREFORE RECOMMENDED** that Harris's motion to suppress (ECF No. 462) be **denied.**

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C) and Fed. R. Crim. P. 59(b)(2), whereby written objections to any recommendation herein or part thereof may be filed within fourteen days of service of this recommendation or prior to the Final Pretrial Conference, whichever is earlier. Failure to file a timely objection with the district court shall result in a waiver of your right to appeal.

Dated at Milwaukee, Wisconsin this 2nd day of December, 2020.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge